**Dismissed and Memorandum Opinion filed February 28, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00155-CV**

_____

**REGINALD PETTEWAY, Appellant**

**V.**

**TEXAS DOW EMPLOYEE'S CREDIT UNION, Appellee**

**On Appeal from the County Court at Law No. 4 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI044286**

## MEMORANDUM   OPINION

This is an appeal from a judgment signed December 1, 2010.   The clerk's record was filed April 7, 2011.   No reporter's record or brief was filed.

On January 5, 2012, this court issued an order stating that unless appellant submitted a brief on or before January 25, 2012, the court would dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.

PER CURIAM


Panel consists of Chief Justice Hedges and Justices Jamison and McCally.